IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| REBECCA DARE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:18-cv-00067 |
| | ) | |
| BEN CARSON, in his official capacity as | ) | By: Elizabeth K. Dillon |
| Secretary of the UNITED STATES | ) | United States District Judge |
| DEPARTMENT OF HOUSING AND | ) | |
| URBAN DEVELOPMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that the motion to dismiss filed by Ben Carson, in his official capacity as Secretary of the United States Department of Housing and Urban Development, (Dkt. No. 10), is GRANTED, and count one of the complaint is DISMISSED as to Ben Carson. It is further ORDERED that Brooks' request for leave to amend is hereby DENIED.

The clerk is directed to provide a copy of this order to all counsel of record.

Entered: October 17, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge